Judge Ernest White
Frank Crowley Courts Building
133 N. Riverfront CB26
Dallas TX 75207

July 10, 2015

**This document contains some pages that are of poor quality at the time of imaging.**

79,872

To Judge Ernest White,

The Court reply has not been received. My mandamus mailed 5/20/15. I mailed to the Judge Ernest White Frank Crowley Courts Building 133 N. Riverfront CB26. Dallas TX _____ by the _____. I think was _____ by _____ at that destination.

The Applicant Mandamus _____ _____ has for a month plus, not received an answer from the Court.

The Applicant has asked within his rights and request that the Court grant the relief requested in the 5/20/15 _____ Mandamus.

Signed Ron Fawcett

Ron Fawcett
Address  #307549
1697 Fm 97
Huntsville TX 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

EXHIBIT
NO. 3
Relator

RECEIVED IN
COURT OF CRIMINAL APPEAL
SEP 23 2015
Abel Acosta, Clerk

RON PARROTT, RELATOR

VS. DALLAS COUNTY, CLERK          DISTRICT COURT

MR. GARY FITZSIMMONS          DALLAS, TEXAS

IN HIS OFFICIAL CAPACITY RESPONDENT          CASE NO. 84-84710-A(1)

## APPLICATION FOR WRIT OF MANDAMUS

To the honorable Judge of said Court the Honorable Ernest White, Comes now RON PARROTT, And files this writ of Mandamus, Pursuant to Mandamus I, Texas Code Of Criminal Procedure Art. 2.21 And Art. 2.23. And, Relator would show the court the following:

Relator, Ron Parrott I.D. # 397548 is an offender located at the Ellis I Unit, 1697 FM 980 Huntsville TX 77343.

Relator has Exhausted his Remedies. By requesting for a Quotation of Cost for a Reproduction being made of this specific Record. I wrote both Court Reporter Mrs. Cathy Reiker at her addresses in Texas, Telexahacio and Colorado. Date 4/2/15, 1/23/15 These letters were Returned To Sender.

I also requested for same record to the Dallas Cty. District Court Clerks Office 5/2015, 4/23/15. My letters to the District Clerks Office received no responses.

Pursuant to Texas Code Of Criminal Procedure Art. 22.18 Art 22.2 I requested Quotation of Cost for a Reproduction of this record Relate-o errness Of any Admission or Confession Whether White or Oral... A.K.A. Admissibility Hearing. My Attorney Mr. Schwinkey filed for this hearing date April 5th, 1985. Judge Ed Kinkeade 194th District Court granted this hearing.

The Clerk arbitrarily has denied me due process under TX. C.C.P. Art. 2.21 & 22.2 and fourteenth Constitution Amendment Due Process Clause. The Clerk may be served at his address: Frank County Court Building, 133 N. Riverfront Blvd. Dallas TX 75207.

## EXHIBITS

| Exhibits | Character of exhibits |
|---|---|
| A | 4/17/15 letter to Mrs Cathy Kelley, Court Reporter Tx. State |
| A.I | 4/17/15 Envelope of letter to Mrs Cathy Kelley, Returned |
| B | 1/23/15 letter to Mrs Cathy Kelley Court Reporter Colorado State |
| B.I | 1/23/15 Envelope of letter to Mrs Cathy Kelley, Returned |
| C | 5/9/15 letter to District Clerk, Mr Gary Fitzsimmons, Unresponsive |
| D | 1/3/15 letter to District Clerk, Mr Gary Fitzsimmons, Unresponsive |

## PRAYER

Wherefore, Relator Ron Perriott essentially request a finding that relator has complied with the exhaustion of remedies requirement by both sending letters by US-Mail Mrs. Cathy Kelley Court Reporter and Gary Fitzsimmons District Clerk.

And a finding that District Clerk abused his discretion by not answering requests for quotation of cost for reprod of this record _Voluntariness Of Any Admission Or Confession Whether Written Or Orally AKA Admissibility Hearing_. That it is his Ministerial Duty under Texas Codes Of Criminal Procedure Art 2.21, and Art. 2.22 to provide a Party such service.

## SERVICE

I, RON PERRIOTT, cert. by a true copy of this application MANDAMUS was served to Gary Fitzsimmons by mail addressed to 133 N. Riverfront LB.12 Dallas TX 75207.

## DECLARATION

I, Ron Perriott, being incarcerated in the Ellis Unit, 1697 FM 980, Huntsville TX 77343. Declare Under Penalty Of Perjury. That according to my beliefs the facts stated in this application are true and correct.

Signed. Ron Perriott      Date 5/26/15

# TABLE OF CONTENTS

Page _a_ EVIDENCE/EXHIBIT LIST

Page _b_ ORDER

Page 1 — Page 2 MANDAMUS

Page 3 PRAYER

Page 3 OFFENDERS DECLARATION

TABLE OF CONTENTS
PAGE

EVIDENCE/EXHIBITS LIST

To the Court Of Criminal Appeals, Austin Texas. I (Relator) mailed my Mandamus to the Judge and mailed it by Certified Mail 5/26/15 to guarantee it was recieved. The reciept of delivery states 6-3-15 signed by M. Herrera.

The Relator has included the original U.S. Postal Reciept, Post Marked 5/27/15, Article Number - 7013 1710 0001 0990 0799

ADDRESS TO

Judge Ernest White, Frank Crowley Courts Bldg 133 N. Riverfront, LB 26 Dallas Texas 75207

Exhibits included in this Writ Of Mandamus to the Court Of Criminal Appeals ; Exhibit No 1 U.S. Postal Service Certified Mail Reciept Article No. 7013 1710 0001 0990 0799, Post Marked 5/27/15 Exhibit No. 2 U.S Postal Service Certified Mail Domestic Return Reciept Article No. 7013 1710 0001 0990 0799 These Exhibits are the Postal Services forms 3800 and forms 3811 Exhibit No. 3 Original Mandamus to District Court Exhibit No. 4 Letters to Court to answer Mandamus

Page a

IN THE TEXAS COURT OF CRIMINAL APPEALS

MANDAMUS

RON PERRIOTT     RELATOR

vs

JUDGE, ERNEST WHITE     RESPONDENTS

DALLAS CO. DISTRICT CLERK. GARY FITZSIMMONS

IN THEIR OFFICIAL CAPACITY

To the Honorable Judge of the Texas Court of Criminal Appeals, Austin Texas. Comes now (Ron Perriott). And files this writ of Mandamus. pursuant to : Fourteenth Amendment Due Process Clause, Texas Code Of Criminal Procedure ART. 104, Government Code Subchapter 51.303 (C) (1) (2), & Subchapter 21.001 (a) (6), and the Texas Code Of Criminal Procedure ART. 2.21 (2) (3) (4) . . The Relator would show the Court the following :

(I) These records are of a Pretrial Hearing (Admissibility Hearing -AKA- Voluntariness of any admission or confession whether written or oral, cause no. 84-84710). Texas States (Common law) is implicite to District Clerks Ministereal Duties. And Relators Rights to these transcripts pursuant to fourteenth Amendment Due Process Clause, Texas Code Of Criminal Procedure ART 2.21 (2) (3) (4) and Government Code Subchapter 51.303 (C) (1) (2).

(II) The Relator sent Mandamus dated 5/26/15 by certified mail to Judge Ernest White at Frank Crowley Courts Building 133 N River Front LB 26, Dallas Texas 75207. The Notice of Delivery is signed by M. Herrera dated 6/3/15. Relators 5/26/15 Mandamus requested of trial Court for a "Order" to compel District Clerk to provide the quotation of cost for copy of a Pretrial hearing my (Admissibility Hearing AKA Voluntariness Of Any Admission Or Confession Whether Written Or Oral, Cause No- 84-84710.) that District Clerk has failed in his Ministerial Capacity by not answering Relators requests for cost quotation for a copy of this record.

(III) the Trial Court has not responded to Relators Mandamus since receiving at 6/3/15. The Relator sent by U.S. mail 8/14/15 a subsequent one page letter to the Trial Court. And requested for Trial Court to answer the Mandamus. This letter also has not receive an answer from the Trial Court.

(IV) For District Clerks departure from his ministerial duties, SEE Texas Code Of Criminal Procedure ART. 2:21 (a)(3)(4) and Government Code Subsection 51.303 (e)(1)(2). Relators (Common Law) alternative is to seek relief by "order" of the Court. SEE Government Code Sub Chapter 21.001. The Relator requested Of District Court for an "Order" to compel District Clerk to act in his ministerial capacity. And provide requested quotes of cost for reproduction of a record. This was delivered by certified mail 6/3/15 and to date the Trial Court has not responded.

(V) The Relator has exhausted his remedies. SEE Government Code Subchapter 52.047 (a), and Texas Rules Of Appeal Procedure. Rule 40(a)(3), and Rule 53(3). That Relator mailed request for quote of charge for copies of these records to Court Reporter Mrs Cathy Ackley, P.O.B 1696 Crested Butte CO. 81224, and P.O.B 398 Waxahuchie TX 75165. And to the District Clerk Gary Fitzsimmons, 133 N. Riverfront 6B12, Dallas TX 75207. The District Clerk has not answered my letters. All letters to Mrs Cathy Ackley were (returned to Sender) by the Post Office.

## PRAYER

Wherefore Relator respectfully requests a finding that he has complied with the (Exhaustion Of Remedies) requirement by requesting for quote of cost for reproduction of record to both the District Clerk Gary Fitsimmons and Court Reporter Mrs Cathy Ackley.

And a finding that District Clerk against the fourteenth Constitutional Amendment Due Process Phase and Texas Code Of Criminal Procedure Art-104 unlawfully denies me this (Ministerial Service).

And a finding that Trial Court, Judge Ernest White refusal to respond to Mandamus amounts to a fourteenth Constitutional Amendment Due Process violation. And Relator requests of the Court Of Criminal Appeals to direct this lower court by an "Order" to issue to the District Clerk an "Order" ordering the District Clerk to provide cost quote for reproduction made of this record: (Admissibility Hearing AKA Voluntariness Of Any Admission Or Confession Whether Written Or Oral, Cause No. 84-84710).

UNSWORN DECLARATION Tx Civil Practice / Remedies Code CH 132.002

I, Ron Perriott, being presently incarcerated in T-D-C-J. the ELLIS UNIT in Huntsville, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed 6/27/15          Ron Perriott

RON PERRIOTT ID# 397549
1697 FM 980 Huntsville TX 77343

CAUSE NO. 84-84710

RON PERRIOTT - Relator

-VS-

JUDGE, ERNEST WHITE

DISTRICT CLERK, GARY FITZSIMMONS

IN THEIR OFFICIAL CAPACITY

ORDER

On this day came to be heared the foregoing Relators 'Application' for Writ Of Mandamus., and it appears to the Court that the same should be :

_____ GRANTED

It is therefore Ordered that the District Court direct the District Clerk to immediately transmit to Relator a quotation of cost for reproduction being made of this record : Admissibility Hearing A.K.A. Voluntariness Of Any Admission Or Confession Whether Written Or Oral, CAUSE NO. 84-84710

SIGNED ON THIS THE ____ day of ____, 20 ___

_____
Presiding Judge

# Table Of Contents

Page 2    Current Mailing List

Page 2    Order

Page 2 — Page 3   Mandamus

Page 3    Prayer

Page 3    Attorney Information

IN THE TEXAS COURT OF CRIMINAL APPEALS

MANDAMUS

RON KARTON                    RELATOR

vs

JUDGE ERNEST WHITE           RESPONDENTS

DALLAS CO. DISTRICT CLERK, & ANY & RESPONDENTS

IN THEIR OFFICIAL CAPACITY

To the Honorable Judge of the Texas Court of Criminal Appeals, Austin Texas comes now (Ron Karton) Relator the writ of Mandamus pursuant to First and Amendment Due Process Class. Texas Code of Criminal Procedure say Gov. come of State Subchapter 51.303 (2) (6) (a) & Subchapter 21.001 (6) (B), and the Texas Code of Criminal Procedure art. 2.21 (2) (3) (4). The Relator would show the Court the following:

(I) The records are of a Pretrial Hearing (Admissibility Hearing Art. Voluntariness of any admission or confession whether written or oral, cause no. 54-54770). Texas Statutes (Common Law) is implicated & District Clerks Ministerial Duties And Relators Rights to those documents present to Pretrial Suppression Due Process Class. Texas Code of Criminal Procedure art. 2.21 (2) (3) (4) and Government Rule Subchapter 51.303 (2) (2).

(II) The Relator sent Mandamus dated 5/26/15 by Certified mail to Judge Ernest White at Frank Crowley County Building, 133 N River Front LB 26, Dallas Texas 75207. The Notice of Delivery is signed by Mr. Herron State Statute Relator seeks for Mandamus requested of Relator seek for a "Order" to compel District Clerk to provide the quotation and cost for copy of a pretrial hearing any (Admissibility Hearing Art. Voluntariness of any Admission or Confession Whether written or oral, (cause No. 54-54770) that District Clerk has held in his ministerial duties by not answering Relators request for cost quotation for a copy of this record.

(VII) The trial court has not responded to Relator's Petition, since receiving it after the Petition sent by... subsequent... one page letter to the trial court. God requires a trial court to answer the Mandamus. The trial court has not... since... from the Trial Court.

(VIII) For District Clerk departure from his ministerial duties, see Texas Code of Criminal Procedure Art. 2.21 (3)(3)(4) and Government Code Subsection 51.303 (a)(1)(2). Relator's (narrow/various case) alternative is to seek relief by... of the court. see Government Code Section 21.001. The Relator expected the District Court to... Order to compel District Clerk to act in his ministerial capacity. And pretrial requested quashed out... representation... the request the will... has not...  be... and... in docket the trial has not responded.

(X) The Relator has exhausted his remedies. See Government Code Chapter 52... and Texas Rules of Appeal Procedure Rule 48(a)(3) and Rule 52(a). The Relator may bring... the court of appeals... copies of the... by... Respondent to the trial... requested... this Court... an engaged partnership to resolve. And... Order of Clerk Certifying... Movant... District Clerk. The trial... filing... see the Exhibit...

PRAYER

The above Petition respectfully requests a finding that he be
credited with the [illegible] requirement by requesting
[illegible] cost for reproduction of record to both the District
Clerk Court Services and Court Reporter [illegible].

And a finding that [illegible]
that the [illegible]
[illegible]

And a finding that [illegible]
[illegible]
[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]

[illegible]

Executed 8/27/15

CAUSE NO. 51-64710

RON PERRIOTT - Relator

-vs-

JUDGE, ERNEST WHITE

District Clerk, Gary Fitzsimmons

In Their Official Capacity

### ORDER

On this day came to be heard the foregoing Relators "Production" for Writ Of Mandamus, and it appears to the Court that the same should be:

### GRANTED

It is therefore Ordered that the District Court direct the District Clerk to immediately transmit to Relator a guest how-any cost for reproduction being made of this record : Admissibility Hearing AKA Voluntariness Of any Admission Or Confession Whether Written Or Oral , Cause No. 51-64710

SIGNED ON THIS THE _____ day of _____ , 20 ____

_____
Presiding Judge

7013 1710 0001 0990 0799



EXHIBIT NO. 1

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 98 |
| Certified Fee | | 3.30 |
| Return Receipt Fee (Endorsement Required) | | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | | — |
| Total Postage & Fees | $ | 5.98 |

HUNTSVILLE TEXAS
USPS 77340
2015
Postmark Here

Sent To: Cliché Earnest White
Street, Apt. No.; or PO Box No. Frank Cate Unit Building
City, State, ZIP+4 133 N. Riverfront LB 26 Mill TX 7207

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Earnest White
194th District Court,
Frank Crowley County Building,
133 North Rivera Front, LB-26
Dallas TX 75207

EXHIBIT
NO 2

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
                                        10-3-15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Certified Mail®          ☐ Priority Mail Express™
☐ Registered              ☐ Return Receipt for Merchandise
☐ Insured Mail            ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7013 1710 0001 0990 0799

PS Form 3811, July 2013          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ron Perriott # 397545
1697 Fm 980
Huntsville Texas 77343